IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                      Case Nos.:    3:08cr101/MCR
                                                       3:10cv120/MCR/EMT

JORGE LUIS ALMANZA

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 16, 2012. (Doc. 140). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 120) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of December, 2012.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**